Calvin J. Stacey
STACEY & FUNYAK
100 North 27 Street, Suite 700
P.O. Box 1139
Billings, Montana 59103-1139
(406) 259-4545

ATTORNEYS FOR PLAINTIFF

FILED
BILLINGS DIV.
2007 MAY 3 PM 3 17
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

CLERK OF THE
DISTRICT COURT
LAURA J. BRENT
2007 APR 2 PM 12 26
FILED
BY _____ MB
DEPUTY

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
YELLOWSTONE COUNTY

| | |
|---|---|
| DONALD J. RODEN, | Cause No. DV 07-0441 |
| Plaintiff, | Judge RUSSELL C. FAGG |
| vs. | CV-07-66-BLG-RFC-CSO |
| SMITH & WESSON HOLDING CORPORATION, a Nevada Corporation, | **COMPLAINT AND JURY TRIAL DEMAND** |
| | 130/166507 |
| Defendant. | |

Plaintiff alleges as follows:

1. Plaintiff is a resident of Billings, Montana.

2. Defendant is a corporation organized under the laws of the State of Nevada with its principal executive office located at 2100 Roosevelt Avenue, Springfield, Massachusetts and transacts business in the State of Montana.

3. In April of 2002, plaintiff was offered a job with defendant as the Western Regional Sales Manager for the company. Plaintiff accepted the job and received a salary and numerous fringe benefits.

4. Plaintiff performed his job duties with defendant in a satisfactory fashion

throughout his time of employment with defendant. He received increases in his compensation package from time to time.

5. On Monday, September 25, 2006, without any notice or warning, plaintiff's employment relationship with defendant was wrongfully terminated by defendant. The termination (wrongful discharge) was not for good cause. Plaintiff reserves the right in his Complaint to further allege that defendant violated the express provisions of its own written personnel policy if through the course of discovery in this case, evidence is found to support that claim.

6. As a result of defendant's decision to terminate plaintiff's employment relationship which constitutes wrongful discharge, plaintiff has suffered damages including lost wages and fringe benefits.

WHEREFORE, plaintiff prays for judgment against defendant for all sums awardable under Montana law as a result of the wrongful discharge of plaintiff from defendant's employment including but not limited to an award of lost wages, fringe benefits and interest on all damages awarded in this case along with all other relief as the Court deems proper under the circumstances.

### DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury of this cause.

**DATED** this 2nd day of April, 2007.

STACEY & FUNYAK

By: _____
Calvin J. Stacey
Attorneys for Plaintiff