Calvin J. Stacey
STACEY & FUNYAK
100 North 27 Street, Suite 700
P.O. Box 1139
Billings, Montana 59103-1139
Telephone: (406) 259-4545
Fax: (406) 259-4540

ATTORNEYS FOR PLAINTIFF
DONALD J. RODEN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| DONALD J. RODEN, | ) | No. CV-07-66-BLG-RFC-CSO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S NOTICE TO** |
| vs. | ) | **COURT OF SETTLEMENT** |
| | ) | **OF CASE** |
| SMITH & WESSON HOLDING | ) | |
| CORPORATION, a Nevada | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff above-named, by and through his counsel of record, hereby provides notice to the Court that the parties involved in this matter have reached a settlement. It is believed that based upon the time of the year and certain issues related to the settlement terms that the finalized settlement will not take place until after the first of the year. As a consequence, it

1

is believed that the settlement will be accomplished on or before January 31, 2009 and by that date, the parties anticipate being able to provide the Court with the proper settlement documentation including the Stipulation and Proposed Order for Dismissal of the pending litigation with prejudice with each party bearing their own costs and attorney fees.

**DATED** this 15th day of December, 2008.

                                      STACEY & FUNYAK

                    By:   /s/ Calvin J. Stacey
                           Calvin J. Stacey
                           Stacey & Funyak
                           Attorney for Plaintiff Donald J. Roden

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2008, a true and correct copy of the foregoing ***Plaintiff's Notice to Court of Settlement of Case*** was served upon the following person(s) by the following means:

  1,2       CM/ECF
_____Hand Delivery
_____Mail
_____Overnight Delivery
_____Fax
_____E-Mail

1. Clerk of District Court

2. Jason S. Ritchie
   Jeanne M. Bender
   Holland & Hart, LLP
   401 North 31st Street
   P.O. Box 639
   Billings, Montana 59103-0639

                              STACEY & FUNYAK

                By:   /s/ Calvin J. Stacey
                        Calvin J. Stacey
                        Stacey & Funyak
                        Attorney for Plaintiff Donald J. Roden